```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE          06/01/22
ME9/JD00101                IN-FORMA-PAUPERIS DATA                  07:08:22
TDCJ#: 01888596 SID#: 05070173 LOCATION: BILL CLEMENTS    INDIGENT DTE:
NAME: RICHARDS,DOUGLAS RAY                   BEGINNING PERIOD: 12/01/21
PREVIOUS TDCJ NUMBERS: 00731462
CURRENT BAL:      1,833.10 TOT HOLD AMT:         0.00 3MTH TOT DEP:       0.00
6MTH DEP:             0.00 6MTH AVG BAL:     2,140.98 6MTH AVG DEP:       0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
05/22    1,922.75            0.00        02/22    2,258.22            0.00
04/22    2,044.05            0.00        01/22    2,371.32            0.00
03/22    2,174.65            0.00        12/21    2,424.37            0.00


STATE OF TEXAS COUNTY OF Potter
ON THIS THE  1  DAY OF June 2022 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____
```

2:21-CV-116
2:22-CV-65

*[Notary seal: K. HOLT, Notary Public, State of Texas, Notary ID #12507524-7, My Commission Expires 10-20-2024]*

*[Stamp: RECEIVED JUN - 6 2022, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS]*

Douglas Richards 1888506
Bill Clements
9601 Spur 591
Amarillo, TX 79107

USDC Amarillo
Northern District
205 SE 5th Ave, Rm 133
Amarillo, TX 79101-1559

RECEIVED
JUN - 6 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS